IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                        4:22-CR-00138-01-JM

HAYDEN COLE PAMPLIN

### ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 33) is DENIED.

Defendant is not entitled to the zero-point reduction, because his criminal history score is 1 not 0.

Additionally, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 19th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 26.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).